```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 43542
   GLORIA J HUGGINS WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2005


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  19.87% from remaining funds.

     The case was paid in full 11/13/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
MIDFIRST BANK              CURRENT MORTG        .00            .00             .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00            .00             .00
ASPIRE                     UNSECURED       1974.08            .00          392.15
AT & T UNIVERSAL CARD      UNSECURED      NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED       1025.43            .00          203.70
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00             .00
DIRECT MERCHANTS BANK      UNSECURED      NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED       1360.83            .00          270.33
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED           .00             .00
FIRST USA BANK NA          UNSECURED      NOT FILED           .00             .00
*GENERAL MOTORS ACCEPTAN   SECURED             .00            .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2740.69            .00          544.44
MBNA                       UNSECURED       6743.84            .00         1339.66
PORTFOLIO RECOVERY ASSOC   UNSECURED      NOT FILED           .00             .00
PROVIDIAN NATIONAL BANK    UNSECURED       1371.84            .00          272.52
SPIEGEL                    UNSECURED      NOT FILED           .00             .00
MIDFIRST BANK              MORTGAGE ARRE   1417.06            .00         1417.06
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   3215.24            .00         3215.24
ECAST SETTLEMENT CORP      UNSECURED       3316.21            .00          658.77
ECAST SETTLEMENT CORP      UNSECURED       2500.33            .00          496.69
PROVIDIAN NATIONAL BANK    UNSECURED       6360.10            .00         1263.43
RESURGENT CAPITAL SERVIC   UNSECURED       1169.71            .00          232.36
RESURGENT CAPITAL SERVIC   UNSECURED OTH    982.16            .00          194.95
RESURGENT CAPITAL SERVIC   UNSECURED       2415.70            .00          479.88
BENNIE W FERNANDEZ         DEBTOR ATTY    2,394.00                       2,394.00
TOM VAUGHN                 TRUSTEE                                         904.58
DEBTOR REFUND              REFUND                                           75.46


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 43542 GLORIA J HUGGINS WILLIAMS
```

```
TRUSTEE                                    14,355.22

PRIORITY                                                          .00
SECURED                                                      4,632.30
UNSECURED                                                    6,348.88
ADMINISTRATIVE                                               2,394.00
TRUSTEE COMPENSATION                                           904.58
DEBTOR REFUND                                                   75.46
                                       ---------------  ---------------
TOTALS                                     14,355.22        14,355.22
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                           PAGE   2
          CASE NO. 05 B 43542 GLORIA J HUGGINS WILLIAMS